IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BENJAMIN M. KNIPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:12-cv-00465-RLM-APR |
| v. | ) |
| | ) |
| CSX TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that Harrington, Thompson, Acker & Harrington, Ltd. has moved to the following new location:

**Harrington, Thompson, Acker & Harrington, Ltd.
One North LaSalle Street – Suite 3150
Chicago, IL 60602**

Effective immediately, please send all mail and other deliveries to the address listed above.  Our telephone number, facsimile number and e-mail address will remain the same.

Respectfully submitted,

By:  /s/ Robert E. Harrington, III
Robert B. Thompson
Robert E. Harrington, III (No. 24616-45)
HARRINGTON, THOMPSON, ACKER & HARRINGTON, LTD.
One N. LaSalle St., Suite 3150
Chicago, Illinois 60602
Tel:   (312) 332-8811
Fax:   (312) 332-2027
E-mail:    htah@harringtonlaw.com

*Counsel for Plaintiff Benjamin Knipp*

## CERTIFICATE OF SERVICE

I hereby certify that on 8/28/14 a copy of the foregoing:

**NOTICE OF CHANGE OF ADDRESS**

was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                    Respectfully submitted,

                                    /s/ Robert E. Harrington, III
                                    Robert E. Harrington, III

Harrington, Thompson, Acker & Harrington, Ltd.
One North LaSalle Street, Suite 3150
Chicago, Illinois 60602
(312) 332-8811
(312) 332-2027 Fax
htah@harringtonlaw.com