UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| BENJAMIN M. KNIPP, | ) | |
| PLAINTIFF, | ) ) ) | |
| vs. | ) ) | CAUSE NO. 2:12-CV-465-RLM |
| CSX TRANSPORTATION, INC., | ) ) ) | |
| DEFENDANT. | ) | |

### VERDICT

We, the jury, find for the plaintiff, Benjamin M. Knipp, an award him damages in the sum of $_____.

_____
Presiding Juror

Dated:_____

----

We, the jury, find for the defendant, CSX Transportation, Inc.

/s/ Presiding Juror

Dated: 2/4/15