UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

BENJAMIN M. KNIPP )
Plaintiff(s) )
)
V. ) Civil Action No.   2:12cv465
)
CSX TRANSPORTATION, INC. )
Defendant(s) )

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____.

☐ other: _____

This action was *(check one)*:

☒ tried by a jury with Judge  Robert L. Miller, Jr.  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

for the defendant, CSX Transportation, Inc.

Date    February 05, 2015

*CLERK OF COURT*

/s/ Edward Ciba

*Signature of Clerk or Deputy Clerk*