UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

BENJAMIN M. KNIPP
                    Plaintiff

v                                              CASE NO:   2:12cv465

CSX TRANSPORTATION INC.
                    Defendant

## ORDER FOR JURY MEALS

        IT IS THE ORDER of this Court that the Jury in this case be committed to the custody of a Bailiff, duly sworn and furnished meals as directed by the court; and

        IT IS FURTHER ORDERED that the Clerk of Court for the Northern District of Indiana be authorized to make payment for all food furnished said Jury out of the appropriation provided therefore at the expense of the United States of America.

        ENTERED:  February 5, 2015


                                    Robert L. Miller, Jr.
                                    _____
                                    JUDGE, UNITED STATES DISTRICT COURT


Jury meals for   2/3/15; 2/4/15