IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BENJAMIN M. KNIPP | ) |
| Plaintiff, | ) Case No. 2:12-CV-00465-RLM-APR |
| v. | ) |
| CSX TRANSPORTATION, INC. | ) |
| Defendant. | ) |

## REQUEST TO CANCEL PROCEEDINGS SUPPLEMENTAL

Defendant, CSX Transportation, Inc. ("CSXT"), by counsel, requests the Court to cancel the proceedings supplemental set for May 27, 2015, and in support thereof, states as follows:

1. On February 27, 2015, upon the reliance of the Bill of Costs which was filed and served by CSXT on February 11, 2015, the Clerk of Court for the Northern District of Indiana taxed CSXT's costs against Knipp in the amount of $1,775.70; such amount accrues post-judgment interest in accordance with 28 U.S.C. § 1961. (D.E. 67)

2. CSXT filed its Verified Motion for Proceeding Supplemental to Execution on May 5, 2015.

3. On May 7, 2015, the Court granted CSXT's Order on the Verified Motion for Proceedings Supplemental to Execution. A Hearing on the Motion for Proceedings Supplemental was set for May 27, 2015, at 10:30 a.m.

6. Since that date, the parties to this matter have reached an agreement regarding the payment of CSXT's judgment.

1

WHEREFORE, Defendant CSX Transportation, Inc. respectfully requests that the Proceedings Supplemental Hearing set for May 27, 2015, at 10:30 a.m. be removed from the Court's calendar.

/s/ Jason W. Cottrell
John C. Duffey (Atty. No. 4756-79)
Sarah N. Snoeberger (Atty. No. 23756-06)
Jason W. Cottrell (Atty. No. 24837-09)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Telephone: (765) 423-1561
Telecopier: (765) 742-8175
jcd@stuartlaw.com
sns@stuartlaw.com
jwc@stuartlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access the filing through the Court's system:

Robert B. Thompson
Robert E. Harrington, III
Harrington, Thompson, Acker & Harrington, LTD.
180 N. Wacker Drive, Suite 300
Chicago, IL 60606

/s/ Jason W. Cottrell
Jason W. Cottrell

#765023v1