UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BENJAMIN M. KNIPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 2:12-cv-465 |
| | ) |
| CSX TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on the Request to Cancel Proceedings Supplemental [DE 72] filed by the defendant, CSX Transportation, Inc., on May 26, 2015.  On May 7, 2015, this court granted CSXT's Motion for a Proceedings Supplemental Hearing and set the hearing for May 27, 2015.  CSXT has indicated that the parties have reached an agreement regarding the payment of its judgment and that a hearing is no longer necessary.  The court, being duly advised, **GRANTS** the motion.  The Proceedings Supplemental Hearing set for May 27, 2015 at 10:00 a.m. is VACATED.

ENTERED this 26th day of May, 2015.

/s/ Andrew P. Rodovich
United States Magistrate Judge